IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Carlos L. Jenkins,

    Petitioner(s),

vs.

Warden, Ross Correctional Institution,

    Respondent(s).

Case Number: 1:08cv142

Chief Judge Susan J. Dlott

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on April 23, 2012 (Doc. 23), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired May 10, 2012, hereby ADOPTS said Report and Recommendation.

Accordingly, respondent's motion to dismiss for lack of prosecution (doc. 18) is **GRANTED**. Petitioner's petition for writ of habeas corpus (doc. 1) is **DISMISSED** with prejudice and this case is closed.

IT IS SO ORDERED.

                                                ___s/Susan J. Dlott_____
                                                Chief Judge Susan J. Dlott
                                                United States District Court